UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES,<br><br>        Petitioner,<br><br>   v.<br><br>MARTIN BITER, Warden,<br><br>        Respondent. | Case No. 1:14-cv-01237-LJO-BAM-HC<br><br>ORDER RE FINDINGS AND RECOMMENDATIONS (DOC. 9)<br><br>ORDER DISMISSING PETITIONER'S STATE LAW CLAIMS WITHOUT LEAVE TO AMEND (Doc. 1) AND REFERRING THE CASE BACK TO THE MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

    On January 16, 2015, the Magistrate Judge filed findings and recommendations to dismiss Petitioner's state law claims without leave to amend, and to refer the matter back to the Magistrate Judge for further proceedings. The findings and recommendations were served on all parties on the same date. The findings and recommendations advised the parties that objections could be filed within thirty days and replies within fourteen days after the filing

1

of objections.  On April 6, 2015, Petitioner filed objections. Although over fourteen days have passed since the filing of objections, no reply to the objections has been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case.  The undersigned has carefully reviewed the entire file and has considered the objections; the undersigned has determined there is no need to modify the findings and recommendations based on the points raised in the objections.  The Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, it is ORDERED that:

1.  The findings and recommendations filed on January 16, 2015, are ADOPTED in full; and

2.  Petitioner's state claw claims are DISMISSED without leave to amend; and

3.  The matter is REFERRED back to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED**
**Dated: April 29, 2015**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**