UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES,<br><br>          Petitioner,<br><br>v.<br><br>WARDEN MARTIN BITER,<br><br>          Respondent. | CASE NO. 1:14-cv-01237-LJO-BAM  HC<br><br>ORDER STRIKING DOCUMENT 25<br><br>(Doc. 25) |

On October 7, 2015, the Court erroneously entered an order extending time referring to Petitioner as "Respondent," and erroneously extending the time for the response rather than the "reply (traverse)." Accordingly, the Court hereby STRIKES Document 25.

IT IS SO ORDERED.

Dated:   **October 15, 2015**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

1