UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD C. HUGHES,<br><br>                    Petitioner,<br><br>v.<br><br>WARDEN MARTIN BITER,<br><br>                    Respondent. | CASE NO. 1:14-cv-01237-LJO-SKO  HC<br><br>ORDER DENYING PETITIONER'S<br>MOTION FOR APPOINTMENT<br>OF PRIVATE INVESTIGATOR<br><br>(Doc. 33) |

    Petitioner, proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for appointment of a private investigator "to further develop facts on Mariposa County Adult Detention Facilities [*sic*] ability to use jail to monitor attorney visits and/or other tasks." The motions provides neither legal authority nor factual basis for appointing a private investigator for that purpose, and no justification is discernable from the habeas petition in this case.

    Accordingly, the motion for appointment of a private investigator is hereby DENIED.

IT IS SO ORDERED.

Dated:  **May 10, 2016**                                         /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE

1